# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **JONATHAN JEROME ROOKS,**  *Petitioner*,  v.  **Warden KARL FORT,**  *Respondent.* | **CIVIL ACTION NO.**  **5:20-cv-00423-TES-CHW** |

## ORDER DENYING MOTION FOR RECONSIDERATION

The Court previously adopted the United States Magistrate Judge's Recommendation [Doc. 25] that the Court dismiss Petitioner's Petition for Writ of Habeas Corpus [Doc. 1]. *See* [Doc. 31]. In response, Petitioner filed several motions, including a Motion for Reconsideration [Doc. 34]. The Court again adopted the magistrate judge's Recommendation denying the Motion for Reconsideration [Doc. 36]. *See* [Doc. 42]. Now before the Court is Petitioner's Objection on the Disposition of United States District Judge Self of March 18, 2022, which the Court construes as a Motion for Reconsideration [Doc. 44].

The only grounds for granting a motion for reconsideration are "newly-discovered evidence or manifest errors of law or fact." *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007). Further, a motion for reconsideration cannot be used to "relitigate old matters, raise arguments, or present evidence that could have been raised [earlier]." *Id.*

In the present motion, Petitioner discusses previously mentioned actions before the Georgia Court of Appeals, Georgia Supreme Court, and lower state courts. Petitioner, however, does not offer any new information or proof that he has exhausted all habeas claims by fully litigating any available state post-conviction processes. Again, like his first motion for reconsideration, Petitioner uses this motion to "rehash[] the same argument that the Court considered whenever it adopted the magistrate judge's first Recommendation [to dismiss]." [Doc. 42, p. 2]. That is not enough to warrant the Court's reconsideration.

Accordingly, the Court **DENIES** Petitioner's Motion for Reconsideration [Doc. 44], and the Court's Order Adopting the Magistrate Judge's Report and Recommendation [Doc. 42] stands.

**SO ORDERED**, this 17th day of August, 2022.

<u>s/Tilman E. Self, III</u>
**TILMAN E. SELF, III, Judge**
**UNITED STATES DISTRICT COURT**